# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 21, 2013

No. 12-60820
Summary Calendar

Lyle W. Cayce
Clerk

MICHAEL THERONE ANDERSON,

Plaintiff-Appellant

v.

OFFICER STEVE WELLS; MARQUETTE WELLS,

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:09-CV-599

Before BENAVIDES, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

Michael Therone Anderson, Mississippi prisoner # 17634, appeals the dismissal of his 42 U.S.C. § 1983 complaint, which alleged that his civil rights were violated with respect to his arrest for the state charges then pending against him. On May 16, 2013, this court granted the motion by two of the defendants-appellees, Eric Smith and Kimberly Brown, to dismiss the appeal.

With respect to the remainder of Anderson's appeal, we affirm the judgment, as Anderson has failed to adequately brief the arguments he wishes

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

to raise on appeal. *See Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993) (recognizing that even pro se litigants must brief arguments in order to preserve them).

AFFIRMED.